FILED

JUL -9 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INDICTMENT |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. **1:25 CR 346** |
| ) | Title 18, United States Code, |
| JOSEPH M. SCLIMENTI, ) | Sections 922(g)(1), 924(a)(8) |
| ) | and 933(a)(1) |
| Defendant. ) | **JUDGE POLSTER** |

COUNT 1
(Felon in Possession of Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury charges:

1. On or about January 22, 2025, in the Northern District of Ohio, Eastern Division, Defendant JOSEPH M. SCLIMENTI, knowing he had been previously convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Burglary, in Cuyahoga County Court of Common Pleas Case No., CR-23-679281, on or about September 18, 2023, Trafficking in Drugs, in Cuyahoga County Court of Common Pleas Case No., CR-23-679281, on or about September 18, 2023, and Trafficking in Drugs, in Cuyahoga County Court of Common Pleas Case No., CR-23-679281, on or about September 18, 2023, knowingly possessed in and affecting interstate and foreign commerce firearms, to wit: a Romarm SA/Cugir, model CAI, 7.62 X 39 mm caliber rifle, serial number KA-4573-79 RO, a Smith and Wesson, model MP Shield, 9mm caliber pistol, serial number HXK9044, a Smith and Wesson, model 22A-1, .22lr caliber pistol, serial number UCL8629, and ammunition, said firearms and ammunition having

been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT 2
(Felon in Possession of Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

2. On or about February 13, 2025, in the Northern District of Ohio, Eastern Division, Defendant JOSEPH M. SCLIMENTI, knowing he had been previously convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Burglary, in Cuyahoga County Court of Common Pleas Case No., CR-23-679281, on or about September 18, 2023, Trafficking in Drugs, in Cuyahoga County Court of Common Pleas Case No., CR-23-679281, on or about September 18, 2023, and Trafficking in Drugs, in Cuyahoga County Court of Common Pleas Case No., CR-23-679281, on or about September 18, 2023, knowingly possessed in and affecting interstate and foreign commerce a firearm, to wit: a Palmetto State Armory, model PA-15, 5.56 mm AR style rifle, serial number SCD425285, and ammunition, said firearm and ammunition having been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT 3
(Felon in Possession of Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

3. On or about March 26, 2025, in the Northern District of Ohio, Eastern Division, Defendant JOSEPH M. SCLIMENTI, knowing he had been previously convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Burglary, in Cuyahoga County Court of Common Pleas Case No., CR-23-679281, on or about September 18, 2023, Trafficking in Drugs, in Cuyahoga County Court of Common Pleas Case No., CR-23-679281, on

or about September 18, 2023, and Trafficking in Drugs, in Cuyahoga County Court of Common Pleas Case No., CR-23-679281, on or about September 18, 2023, knowingly possessed in and affecting interstate and foreign commerce a firearm, to wit: a Diamondback Firearms, model DB15, multi caliber AR style rifle, serial number DB2655612, and ammunition, said firearm and ammunition having been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

COUNT 4
(Felon in Possession of Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

4.      On or about April 15, 2025, in the Northern District of Ohio, Eastern Division, Defendant JOSEPH M. SCLIMENTI, knowing he had been previously convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Burglary, in Cuyahoga County Court of Common Pleas Case No., CR-23-679281, on or about September 18, 2023, Trafficking in Drugs, in Cuyahoga County Court of Common Pleas Case No., CR-23-679281, on or about September 18, 2023, and Trafficking in Drugs, in Cuyahoga County Court of Common Pleas Case No., CR-23-679281, on or about September 18, 2023, knowingly possessed in and affecting interstate and foreign commerce a firearm, to wit: a Glock, model 27 Gen 4, .40 caliber pistol, serial number SCF087, and ammunition, said firearm and ammunition having been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT 5
(Trafficking in Firearms, 18 U.S.C. § 933(a)(1))

The Grand Jury further charges:

5. On or about January 22, 2025, through on or about April 15, 2025, in the Northern District of Ohio, Eastern Division, Defendant JOSEPH M. SCLIMENTI, did ship, transport, transfer, cause to be transported, or otherwise dispose of firearms, to wit: a Romarm SA/Cugir, model CAI, 7.62 X 39 mm caliber rifle, serial number KA-4573-79 RO, a Smith and Wesson, model MP Shield, 9mm caliber pistol, serial number HXK9044, a Smith and Wesson, model 22A-1, .22lr caliber pistol, serial number UCL8629, a Palmetto State Armory, model PA-15, 5.56 mm AR style rifle, serial number SCD425285, a Diamondback Firearms, model DB15, multi caliber AR style rifle, serial number DB2655612, a Glock, model 27 Gen 4, .40 caliber pistol, serial number SCF087, to a recipient in or otherwise affecting commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearm by the recipient would constitute a felony, in violation of Title 18, United States Code, Section 933(a)(1).

## FORFEITURE

The Grand Jury further charges:

6. For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code Section 2461(c), the allegations of Counts 1 through 5 are incorporated herein by reference. As a result of the foregoing offenses, Defendant

JOSEPH M. SCLIMENTI shall forfeit to the United States any and all firearms and ammunition involved in or used in the commission of such violations.

A TRUE BILL.

Original document- Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.